# In the United States District Court
# for the Southern District of Georgia
# Statesboro Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:28 am, Apr 29, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 609-017 |
| LAKELVYN DEMARCUS NEAL, | |
| Defendant. | |

## ORDER

Before the Court is Defendant Lakelvyn Neal's letter/motion to commute his sentence to home confinement. Dkt. No. 174. For the reasons below, Neal's motion is **DENIED**.

## BACKGROUND

On July 21, 2009, under a written plea agreement, Neal pleaded guilty to unlicensed dealing in firearms (Count Two) and possession of an unregistered firearm (Count Twenty-eight). Dkt. Nos. 67, 69. In October 2009, the Court sentenced Neal to thirty months' imprisonment as to Count Two and 108 months' imprisonment as to Count Twenty-eight, to be served consecutively, for a total sentence of 138 months' imprisonment with the Bureau of Prisons ("BOP"). Neal did not directly appeal. According to the BOP website, Neal is currently incarcerated at Oakdale I FCI in Oakdale, Louisiana, with a projected release date of January 23, 2021.

Neal now moves to reduce his sentence and asks this Court to place him in home confinement. The Court construes his motion as one for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Neal's motion is primarily based on the COVID-19 pandemic and his assertion of danger to his health. As the Government notes, Neal has not averred that he has exhausted his administrative remedies with the BOP as required by 18 U.S.C. § 3582(c)(1)(A).

The BOP has an administrative process in place to determine how best to respond to the risk each individual inmate faces from COVID-19. The exhaustion requirement allows the BOP to apply that process in a timely and orderly manner without giving preferential treatment to inmates who prematurely file motions with the Court. Having found that Neal has failed to exhaust his administrative remedies, the Court concludes that it does not have jurisdiction to decide Neal's request. See United States v. Matthews, No. 5:01-cr-18, 2020 WL 1845101, at *2 (M.D. Ga. Apr. 10, 2020) ("Because '[n]othing in the record ... indicates [petitioner] exhausted his administrative remedies before filing his request,' the Court does not have jurisdiction to consider the motion." (quoting United States v. Coates, 775 F. App'x 669, 671 (11th Cir. 2019))).

Accordingly, Neal's motion, dkt. no. 174, is **DENIED**.

**SO ORDERED,** this 29th day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA